379 A.2d 609

Commonwealth v. Simpson, Appellant.

Submitted March 22, 1976. Henry S. Perkin, Assistant Public Defender, for appellant; Howard R. Miller, Assistant District Attorney, and George J. Joseph, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 609

Commonwealth v. Skrapits, Appellant.

Submitted June 13, 1977. W. Hamlin Neely, for appellant; James Knoll Gardner and Raymond G. Kessler, Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.